IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANGELA HARRY, individually and as next friend of J.H., a minor, | * |
| | * |
| Plaintiff, | Case No. 1:10-CV-130(WLS) |
| v. | * |
| TIM GAINOUS, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 27, 2013, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 27th day of September, 2013.

Gregory J. Leonard, Clerk

s/ William C. Lawrence, Deputy Clerk